CHASE MANHATTAN BANK *v.* WILLIAM H.
GILBERT ET AL.
(13467)

DUPONT, C. J., and LAVERY and SPEAR, Js.

Submitted on briefs February 16—decision released March 21, 1995

*Dorothy Lerner,* pro se, the appellant (defendant), filed a brief.

*John T. Bochanis* filed a brief for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.